COPY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 22 2001

at __ o'clock and __ min __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JERRY RAQIAZA DOMINGO,<br><br>          Defendant. | CR. NO.  CR01 00060 SOM<br><br>INDICTMENT<br>[21 U.S.C. § 841(a)(1)] |

INDICTMENT

COUNT 1

The grand jury charges that:

On or about February 16, 2001, in the District of Hawaii, Defendant JERRY RAQIAZA DOMINGO, knowingly and and intentionally possessed with intent to distribute a quantity of crystal methamphetamine-"ice," a Schedule II controlled substance

in excess of fifty (50) grams, that is approximately two hundred twenty (220) grams of crystal methamphetamine-"ice."

In violation of Title 21, United States Code, Section 841(a)(1).

DATED: February 22, 2001, Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

U.S.A. v. Jerry Ragiaza Domingo,
CR. No.

Indictment